In the Matter of Zoe C. Toumanoff, Respondent, against John F. O'Connell et al., Constituting the State Liquor Authority, et al., Appellants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 893.]

The People of the State of New York ex rel. Robert Perle, Appellant, against Commissioner of Police of the City of New York et al., Respondents.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

Catharine Turner, Respondent, v. Richard A. Turner, Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

Louis Angelina, Appellant, v. Euclid Concrete Corp. et al., Respondents.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

Jack R. Miller et al., Copartners Trading as Miller Paper Products, Respondents, v. Lester Levy, Trading under the Name of Teddy's Shanty, Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

Peter F. Lynch v. George D. Bailey et al., Doing Business as Touche, Niven, Bailey & Smart.— Present — Glennon, J. P., Dore, Cohn and Callahan, JJ. [See *ante*, p. 650.]

Shirley Zimmerman v. Lester Zimmerman.— Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 727.]